UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALAN GOULET,**

      **Plaintiff,**

v.                                                      Case No. 6:21-cv-967-CEM-LRH

**SAP AMERICA, INC. and DOES 1
THROUGH 10 INCLUSIVE,**

      **Defendants.**

_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the file. On June 8, 2021, this Court entered an Initial Order (Doc. 7). This Order states that the parties shall conduct a case management conference no later than forty days after service or appearance of any defendant and file a case management report within ten days of the meeting regardless of the pendency of any undecided motion. (*Id.* at 1–2). The parties were also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further notice. (Notice to Counsel and Parties, Doc. 8). To date, the parties have failed to comply, and the time to do so has passed.[1]

---

[1] If fault for noncompliance lies entirely with Defendant, Plaintiff may seek reconsideration on that basis.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED** for failure to comply with Court Orders. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 1, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record